**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARGARET JILL MORTIMER           )<br>APT. 1008-B                                           )<br>SILVER SPRING, MARYLAND 20901  )<br>                                                              )<br>          Plaintiff                                     )<br>                                                              )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>HOWARD UNIVERSITY                        )<br> 2400 SIX STREET, NW                          )<br>WASHINTON, DC 20059                       )<br>                                                              )<br>          Defendant.                               )<br>                                                              ) | Case: 1:10-cv-00324<br>Assigned To: JUDGE RICHARD W. ROBERTS<br>Assign Date:  9/25/2009<br>Description: Employ. Discrim. |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Marvelle McIntyre-Hall, Esquire, as Counsel for Howard University in this matter.

Respectfully submitted,

_____\s_____
Marvelle McIntyre-Hall, Esquire
DC Bar #983238
Senior Associate General Counsel
Office of the General Counsel
Howard University
2400 6th Street, NW, Suite 321
Washington, DC  20059
mmcintyre-hall@howard.edu
(202) 806-2650

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of Defendant Howard University's Notice of Entry of Appearance was sent this 26th day of April, 2010 electronically and by first class mail, postage prepaid to:

Eric C. Bosset
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

Susan Huhta
Emily Read
Washington Lawyer's Committee
For Civil Rights & Urban Affairs
11 Dupont Circle
Suite 400
Washington, DC 20036
Attorneys for Plaintiff

                                                  \s\
                                     Marvelle McIntyre-Hall, Esquire