UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**MARGARET JILL MORTIMER,**        )
                                   )
       **Plaintiff,**        )
                                   )
       v.                     )    Civil Action No. 10-324 (RWR)
                                   )
**HOWARD UNIVERSITY,**             )
                                   )
       **Defendant.**         )
_____)

### ORDER

In a joint motion filed on September 28, 2010 to postpone the post-discovery status conference and to stay further proceedings, the parties stated that they expect that this matter will be voluntarily dismissed with prejudice in the near future. In light of that representation, it is hereby

ORDERED that the post-discovery status conference currently scheduled to occur on September 29, 2010 be, and hereby is, CANCELLED.  It is further

ORDERED that this case be, and hereby is, DISMISSED without prejudice for sixty days.  It is further

ORDERED that any party may, within sixty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within sixty days, this case shall, without further order, stand dismissed with prejudice.

-2-

SIGNED this 28th day of September, 2010.

```
                          _____/s/_____
                          RICHARD W. ROBERTS
                          United States District Judge
```